UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | Magistrate No.: 04-790 |
| | : | |
| | : | Criminal No.: |
| v. | : | |
| | : | Violation: |
| | : | |
| **CRAIG ANDERSON** | : | 18 U.S.C. Section 371 |
| | : | (Conspiracy) |
| | : | |
| **Defendant** | : | |

# I N F O R M A T I O N

The United States Attorney informs the Court:

## COUNT ONE

### Introduction

At times material to this Information:

    1. The defendant, CRAIG ANDERSON, hereinafter sometimes referred to as the defendant, CRAIG ANDERSON or ANDERSON, was a resident of La Plata, Maryland, who owned C.A. Anderson, a company specializing in mechanical insulation work in the greater Washington, D.C. area.

    2. CRAIG ANDERSON, individually and through C.A. Anderson, periodically performed mechanical insulation work for PM Services, a Federal contractor that managed government buildings in Washington, D.C on behalf of the General Services Administration.

3. CW was employed by PM Services as an engineer at the Federal Cohen and Switzer Buildings, which are located in Washington, D.C. CW was ANDERSON'S point of contact at PM Services for all business matters, including bidding for jobs ANDERSON would perform on behalf of PM Services.

## The Conspiracy

4. From in or about March of 2001 and continuing thereafter through at least July of 2003, in the District of Columbia and elsewhere, the defendant CRAIG ANDERSON did unlawfully and knowingly conspire, combine, confederate, and agree with other persons both known and unknown to the United States to commit an offense against the United States, that is, devise, participate in and execute a scheme and artifice to defraud PM Services, to obtain PM Services money, funds and property through false material pretenses, representations and promises and to deprive PM Services of its intangible right to CW's honest services as a PM Services employee, and in the execution of such scheme, to knowingly cause to be delivered by the United States Postal Service and by private and commercial interstate carrier matters and things in violation of Title 18, United States Code, Section 1341 (mail fraud).

## Purpose of the Conspiracy

5. A purpose of the conspiracy was for defendant CRAIG ANDERSON and co-conspirators, to fraudulently obtain moneys, funds and property from PM Services for their own use and benefit and to further the scheme by various means, including omissions of material fact, false material pretenses, representations and promises.

**Manner and Means of the Conspiracy**

6. As part of the conspiracy, defendant CRAIG ANDERSON and other co-conspirators used the following manners and means, among others:

a. It was part of the conspiracy that defendant CRAIG ANDERSON and CW agreed to create and submit to PM Services officials invoices purporting to be from ANDERSON which contained falsely inflated prices for work to be performed by ANDERSON.

b. It was further part of the conspiracy that CW caused PM Services to issue purchase orders for ANDERSON'S labor and materials also containing the inflated prices. C.W. caused FedEx, a commercial interstate carrier, to be used to send the invoices and purchase orders from PM Services office in Washington, D.C. to PM Services headquarters in Florida.

c. It was further part of the conspiracy that ANDERSON and CW agreed that after ANDERSON received payment from PM Services based on the falsely inflated invoices, ANDERSON would make a secret kickback payment to CW via check or cash, generally in the same amount by which the invoice prices had been inflated.

d. It was further part of the conspiracy that in order for ANDERSON and CW to secretly keep track of the kickback payments to be paid by ANDERSON to CW, CW would create documents entitled "Evaluation" that would itemize the true price for work performed by ANDERSON, the inflated price being submitted to PM Services officials and the amount of the kickback.

e. It was further part of the conspiracy that ANDERSON and CW would cause FedEx, a commercial interstate carrier, to be used to send the falsely inflated invoices from PM Services office in Washington, D.C. to PM Services headquarters in Florida.

f. It was further part of the conspiracy that ANDERSON and CW concealed the kickback payments from PM Services officials, thereby depriving PM Services right to CW's honest and loyal services and exposing PM Services to loss.

### Overt Acts

7. Within the District of Columbia and elsewhere, in furtherance of the above-described conspiracy and in order to carry out the objects thereof, defendant CRAIG ANDERSON and others known and unknown to the Grand Jury, committed the following overt acts, among others:

a. On or about May 6, 2002, CRAIG ANDERSON and CW caused a false invoice no. 203418, containing an inflated cost figure of $8,706.00 for insulation work ANDERSON was to perform, to be submitted to PM Services.

b. On or about May 9, 2002, CRAIG ANDERSON and C.W. caused a false purchase order no. 1374, containing an inflated cost figure of $8,706.00 for insulation work ANDERSON was to perform, to be sent from PM Services' Washington, D.C. office to PM Services' headquarters office, 2220 Central Avenue, St. Petersburg, FL 33712 via FedEx, a commercial interstate carrier.

c. On or about May 9, 2002, CRAIG ANDERSON and CW caused PM Services check number 13283 for $8,706.00 to be sent from PM Services' headquarters office, 2220 Central Avenue, St. Petersburg, FL 33712 to ANDERSON based on the false invoice and purchase order described in paragraphs a. and b. above.

d. On or about October 22, 2002, CRAIG ANDERSON and CW caused a false invoice no. 201589, containing an inflated cost figure of $3,920.00 for insulation work ANDERSON was to perform, to be submitted to PM Services.

 e. On or about October 22, 2002, CRAIG ANDERSON and C.W. caused a false purchase order no. 1560, containing an inflated cost figure of $3,920.00 for insulation work ANDERSON was to perform, to be sent from PM Services' Washington, D.C. office to PM Services' headquarters office, 2220 Central Avenue, St. Petersburg, FL 33712 via FedEx, a commercial interstate carrier.

 f. On or about October 23, 2002, CRAIG ANDERSON and CW caused PM Services check number 15704 for $3,920.00 to be sent from PM Services' headquarters office, 2220 Central Avenue, St. Petersburg, FL 33712 to ANDERSON based on the false invoice and purchase order described in paragraphs d. and e. above.

**(Conspiracy, in violation of Title 18, United States Code, Section 371.)**

         JEFFREY A. TAYLOR
         United States Attorney
         for the District of Columbia
         Bar No. 498610

    By: _____
       JOHN D. GRIFFITH
       Assistant United States Attorney
       Iowa Bar # 4622
       United States Attorneys Office
       Fraud and Public Corruption Section
       555 4th Street, N.W.
       Washington, D.C.  20530
       Tel: (202) 353-2453
       Fax: (202) 307-2304