CO-526
(12/86)

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

FILED
MAY 2 2 2007
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

UNITED STATES OF AMERICA   )
                          )
                          )
       vs.                )   Criminal No. 07-117 (CKK)
                          )
  CRAIG ANDERSON          )
                          )

## WAIVER OF TRIAL BY JURY

With the consent of the United States Attorney and the approval of the Court, the defendant waives his right to trial by jury.

_____
            Defendant

_____
       Counsel for defendant

I consent:

_____
Asst. United States Attorney

Approved:

_____
             Judge