AO 455 (Rev. 5/85) Waiver of Indictment

# United States District Court

DISTRICT OF __COLUMBIA__

FILED
MAY 2 2 2007
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

| UNITED STATES OF AMERICA | |
|---|---|
| V. | **WAIVER OF INDICTMENT** |
| CRAIG ANDERSON | |
| | CASE NUMBER: 07-117 (CKK) |

I, __CRAIG ANDERSON__, the above named defendant, who is accused of

__CONSPIRACY TO COMMIT AN OFFENSE AGAINST THE UNITED STATES, THAT IS MAIL FRAUD (18 USC § 1341) IN VIOLATION OF TITLE 18, UNITED STATE CODE, SECTION 371__

being advised of the nature of the charge(s), the proposed information, and of my rights, hereby waive in open court on __MAY 22, 2007__ prosecution by indictment and consent that the
                             Date
proceeding may be by information rather than by indictment.

_____
Defendant

_____
Counsel for Defendant

Before _____
       Judicial Officer