UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

FILED
MAY 2 2 2007
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

| | |
|---|---|
| UNITED STATES OF AMERICA | : |
| | : |
| | : Cr. No. 07-117 (CKK) |
| v. | : |
| | : Violation: |
| | : |
| CRAIG ANDERSON | : 18 U.S.C. Section 371 |
| | : (Conspiracy) |
| | : |
| Defendant | : |
| | : |
| | : |

**STATEMENT OF OFFENSE**

The United States and Craig Anderson agree that the following facts are true and correct:

1. I, Craig Anderson, am the owner of C.A. Anderson, a company specializing in mechanical insulation work in the greater Washington, D.C. area. During the time period 2000 through 2003, one of my customers was PM Services, a federal contractor that managed government buildings in Washington, D.C. CW worked for PM Services as an engineer at the Federal Cohen and Switzer Buildings, which are located in Washington, D.C. I periodically met with CW to discuss the possibility of doing work for PM Services and I would thereafter typically submit to CW a handwritten bid for the proposed work.

2. Starting in or about March of 2001 and continuing through at least July of 2003, CW requested that I participate with him in a scheme in which my bids to PM Services for work would be falsely inflated, resulting in excess payments from PM Services that I would, in turn, kickback to CW. I agreed to participate in this fraudulent scheme with CW. CW offered to type up for me false invoices addressed to PM Services containing the inflated prices for work. CW

would then cause the false invoices to be sent from PM Services' office in Washington, D.C. to PM Services' headquarters office in Florida for processing. It was reasonably foreseeable to me at the time that these false invoices would be sent to PM Services' headquarters office through a commercial interstate carrier such as FedEx. Based on these false invoices, PM Services headquarters would send me checks. I would deposit these checks and would give kickback payments to CW in the form of cash or checks. Sometimes I would wait until after being paid for several jobs with inflated prices and would then make a combined kickback payment to CW for all of those jobs.

3. At times, CW would pressure me to pay him the kickbacks and he would claim that other companies were paying him larger kickbacks that I was. When requesting kickbacks from me, CW would also mention that he could find others who would willingly participate. CW told me that he was sharing the kickbacks that I paid him with another individual called WO'S, but I paid CW directly. On some occasions, CW would give me worksheets entitled "Evaluation" that calculated the cost of performing a given job and identified the share I was to kickback to him based on the inflated job price. As part of my business, I maintain a Post Office box. The address of this box is P.O. Box 87, Newburg, Maryland 20664. CW has also used this mailing address in connection with TNT Air Conditioning, Inc., a business he controls.

## Overt Acts

4. On or about May 6, 2002, C.W. and I caused a false invoice no. 203418, containing an inflated cost figure of $8,706.00 for insulation work I was to perform, to be submitted to PM Services.

5. On or about May 9, 2002, C.W. and I caused a false purchase order no. 1374,

containing an inflated cost figure of $8,706.00 for insulation work I was to perform, to be sent from PM Services' Washington, D.C. office to PM Services' headquarters office, 2220 Central Avenue, St. Petersburg, FL 33712 via FedEx, a commercial interstate carrier.

6. On or about May 9, 2002, PM Services check number 13283 for $8,706.00 was sent to me from PM Services headquarters based on the false invoice and purchase order described in paragraphs 4 and 5.

7. On or about October 22, 2002, C.W. and I caused a false invoice no. 201589, containing an inflated cost figure of $3,920.00 for insulation work I was to perform, to be submitted to PM Services.

8. On or about October 22, 2002 CW and I caused false purchase order no. 1560, containing an inflated cost figure of $3,920.00 for insulation work I was to perform to be sent from PM Services' Washington, D.C. office to PM Services' headquarters office, 2220 Central Avenue, St. Petersburg, FL 33712 via FedEx, a commercial interstate carrier.

9. On or about October 23, 2002, PM Services check number 15704 for $3,920.00 was sent to me from PM Services headquarters based on the false invoice and purchase order described in paragraphs 7 and 8.

Respectfully submitted,

JEFFREY A. TAYLOR
United States Attorney
for the District of Columbia

By: *[signature]*
JOHN GRIFFITH
Assistant U.S. Attorney
555 4th Street, N.W.
Washington, D.C. 20530
(202) 353-2453

## DEFENDANT'S ACCEPTANCE

I have read every word of this Statement of Offense. Pursuant to Fed. R. Crim. P. 11 and 28 U.S.C. § 1746, after consulting with my attorney Lara Quint, Esq., I agree and stipulate to this Statement of Offense, and admit and declare under penalties of perjury that the facts recited within this Statement of Offense are true and correct.

Date: 5/22/07

_____
Craig Anderson, Defendant

I have discussed this Statement of Offense with my client, Mr. Anderson. I concur with his decision to stipulate to this Statement of Offense.

Date: 5/22/07

_____
Lara Quint, Esq.
Attorney for the Defendant