U.S. Department of Justice
U.S. Attorneys

# United States District Court
# for the District of Columbia

UNITED STATES OF AMERICA

v.

CRAIG ANDERSON,

DEFENDANT.

Case No. 07-117 (CKK)

FILED

MAY 2 2 2007

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

## O R D E R

1. Upon a representation by the United States that the defendant has never been the subject of "routine processing" (booking, fingerprinting, photographing) in this case;

2. It is this __22ND__ day of __MAY 2007__ ORDERED:

3. That if the defendant is released on bond that he or she be accompanied on __MAY 23, 2007__ by __SA GORDON CUMMINGS/SA DANIEL DAMRON__ to the Central Cell Block of the Metropolitan Police Department, to the United States Marshal's Office and to __FBI WASHINGTON FIELD OFFICE__ _____ for "routine processing," and that this be a condition of being released on bond;

4. That if the defendant is not released on bond, the United States Marshal shall release the defendant to the custody of __SA GORDON CUMMINGS/SA DANIEL DAMRON__ for the purpose of "routine processing," and at the conclusion thereof to return the defendant to the custody of the Marshal.

_____
Judge ~~(U.S. Magistrate)~~   COLLEEN KOLLAR-KOTELLY

DOJ USA-16-1-80

DEFENSE COUNSEL