UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>v. )<br>)<br>CRAIG L. ANDERSON ) | Criminal No: 07-117(CKK) |

**UNOPPOSED MOTION FOR PERMISSION TO**
**TRAVEL OUTSIDE THE WASHINGTON, D.C. AREA**

Defendant, Craig L. Anderson moves the Court for permission to travel to Ocean Beach, Virginia from Thursday, June 7, 2007 to Friday, June 8, 2007 and from Tuesday, June 12, 2007 to Friday, June 15, 2007. The permission for travel is strictly related to Mr. Anderson's employment.

In support of this Motion, undersigned counsel states:

1. On May 22, 2007 Mr. Craig L. Anderson entered a guilty plea before the Court to one count of Conspiracy in violation of 18 U.S.C. 371. Mr. Anderson is scheduled to appear before the Court on September 6, 2007 for a Status Conference. At the conclusion of the hearing the Court set conditions of release, which included weekly reporting to the Pre-Trial Services. The Court also granted the defendant's request for permission to travel outside of the metropolitan area but within a one hundred (100) mile radius.

2. Mr. Anderson is requesting permission to travel to Ocean City, Virginia in order to do some installation work at the Sheridan Hotel located in that city. Mr. Anderson is the owner of his own company, A Quality Installation, and he has secured a contract with the Sheridan Hotel for the installation work. Ocean City, Virginia is beyond the 100 mile limitation

imposed by the Court but only by a small margin.  Immediately after completing with his work assignment this Friday, June 8, 2007 and next Friday, June 15, 2007 in Ocean City, Mr. Anderson will promptly return to the Washington Metropolitan area.

    3.    Undersigned counsel has been informed that Assistant United States Attorney John Griffith does not oppose the relief requested in the instant motion.

    Wherefore, undersigned counsel respectfully requests that the Court permit Mr. Craig L. Anderson to travel to Ocean City, Virginia on Thursday, June 7, 2007 and to return on Friday, June 8, 2007 and likewise from Tuesday, June 12, 2007 to Friday, June 15, 2007.

Respectfully submitted,

A.J. KRAMER
FEDERAL PUBLIC DEFENDER


_____/s/_____
Carlos J. Vanegas
For Lara Quint
Assistant Federal Public Defender
625 Indiana Avenue, N.W.
Suite 550
Washington, D.C.  20004
(202)  208-7500

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| UNITED STATES OF AMERICA | ) ) ) ) | |
|  | ) | Criminal No: 07-117(CKK) |
| v. | ) ) | |
| CRAIG L. ANDERSON | ) ) ) | |

**ORDER**

That upon consideration of defendant's Unopposed Motion for Permission to Travel Outside of the Washington D.C. area it is hereby

**ORDERED** that the Motion is granted;

**FURTHER ORDERED** that the defendant, Craig L. Anderson, is permitted to travel to Ocean City, Virginia from Thursday, June 7, 2007 to Friday, June 8, 2007 and from Tuesday, June 12, 2007 to Friday, June 15, 2007.

**SO ORDERED.**

_____  
DATE

_____  
COLLEEN KOLLAR-KOTELLY  
UNITED STATES DISTRICT JUDGE

Carlos J. Vanegas, AFP
625 Indiana Ave., N.W., Suite 550
Washington, D.C. 20004

John Griffith
Assistant United States Attorney
555 4th Street, N.W.
Washington, D.C. 20530

Pre-Trial Services
Federal District Courthouse
333 Constitution Ave., NW
Washington, D.C. 20001