IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| v. ) | Criminal No. 07-117 (CKK) |
| ) | |
| CRAIG ANDERSON, ) | |
| ) | |
| Defendant. ) | |
| ) | |

## DEFENDANT'S MOTION TO TRAVEL

Defendant, Craig Anderson, through undersigned counsel, respectfully moves this Honorable Court to grant him permission to travel outside the Washington, D.C. metropolitan area. Specifically, Mr. Anderson seeks permission to travel to Ocean City, MD on Tuesday, June 19, 2007 and to Front Royal, VA on Thursday June 21 and Friday June 22, 2007. Mr. Anderson's request, in both instances, is based on work assignments scheduled for the given dates.

Respectfully submitted,

A.J. KRAMER
FEDERAL PUBLIC DEFENDER

_____/s/_____

Lara G. Quint
Assistant Federal Public Defender
625 Indiana Avenue, N.W., Ste 550
Washington, D.C.  20004

THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA,** )<br>)<br>**Plaintiff,** )<br>v. )<br>)<br>**CRAIG ANDERSON,** )<br>)<br>**Defendant.** )<br>_____ ) | **Criminal No. 07-117 (CKK)** |

**ORDER**

Upon consideration of Defendant's Motion to Travel, it is by the Court hereby

ORDERED that the Motion is GRANTED and that Mr. Anderson is permitted to travel to Ocean City, MD on June 19th and Front Royal Virginia on June 21st and 22nd.

SO ORDERED.

_____                                              _____
DATE                                                                          COLLEEN KOLLAR-KOTELLY
                                                                                     UNITED STATES DISTRICT JUDGE

Copies to:

John Griffith, AUSA
Lara Quint, AFPD