THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| v. ) | Criminal No. 07-117 (CKK) |
| ) | |
| CRAIG ANDERSON, ) | |
| ) | |
| Defendant. ) | |

FILED

JUN 1 8 2007

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

## ORDER

Upon consideration of Defendant's Motion to Travel, it is by the Court hereby

ORDERED that the Motion is GRANTED and that Mr. Anderson is permitted to travel to Ocean City, MD on June 19th and Front Royal Virginia on June 21st and 22nd.

SO ORDERED.

_June 18, 2007_
DATE

_Colleen Kollar-Kotelly_
COLLEEN KOLLAR-KOTELLY
UNITED STATES DISTRICT JUDGE

Copies to:

John Griffith, AUSA
Lara Quint, AFPD