IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA,** ) | |
| ) | |
| **Plaintiff,** ) | |
| v. ) | **Criminal No. 07-117 (CKK)** |
| ) | |
| **CRAIG ANDERSON,** ) | |
| ) | |
| **Defendant.** ) | |
| _____ ) | |

## DEFENDANT'S MOTION TO TRAVEL

Defendant, Craig Anderson, through undersigned counsel, respectfully moves this Honorable Court to grant him permission to travel outside the Washington, D.C. Metropolitan area. Specifically, Mr. Anderson seeks permission to travel to Ocean City, MD Wednesday, June 27, 2007 thru Saturday, June 30. Mr. Anderson's request is based on work assignments scheduled for the given dates. The government has no opposition to the request in this motion.

Respectfully submitted,

A.J. KRAMER
FEDERAL PUBLIC DEFENDER


_____/s/_____
Lara G. Quint
Assistant Federal Public Defender
625 Indiana Avenue, N.W., Ste 550
Washington, D.C.  20004

THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| v. | ) | **Criminal No. 07-117 (CKK)** |
| | ) | |
| **CRAIG ANDERSON,** | ) | |
| | ) | |
| **Defendant.** | ) | |
| _____ | ) | |

**ORDER**

Upon consideration of Defendant's Motion to Travel, it is by the Court hereby

ORDERED that the Motion is GRANTED and that Mr. Anderson is permitted to travel to Ocean City, MD for June 27, 2007 thru June 30, 2007..

SO ORDERED.


_____                                _____

DATE                                                              COLLEEN KOLLAR-KOTELLY
                                                                         UNITED STATES DISTRICT JUDGE


Copies to:

John Griffith, AUSA
Lara Quint, AFPD