THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>Plaintiff, )<br>v. )<br>)<br>CRAIG ANDERSON, )<br>)<br>Defendant. )<br>_____ ) | Criminal No. 07-117 (CKK) |

**ORDER**

Upon consideration of Defendant's Motion to Travel, it is by the Court hereby

ORDERED that the Motion is GRANTED and that Mr. Anderson is permitted to travel to Ocean City, MD for June 27, 2007 thru June 30, 2007.

SO ORDERED.

_6/25/07_
DATE

_Colleen Kollar-Kotelly_
COLLEEN KOLLAR-KOTELLY
UNITED STATES DISTRICT JUDGE

Copies to:

John Griffith, AUSA
Lara Quint, AFPD