# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| UNITED STATES OF AMERICA | : |  |
|  | : |  |
| v. | : | Judge Colleen Kollar-Kotelly |
|  | : | Criminal Action No. **07cr117** |
| CRAIG ANDERSON | : |  |
|  | : |  |
| Defendant | : |  |
|  | : |  |

**FILED**

**JUN 2 9 2007**

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

## MODIFICATION OF RELEASE ORDER

Due to the nature of Mr. Anderson's employment and need to travel outside the 100-mile radius of the D.C. Metropolitan area for business purposes, the Court hereby modifies condition number 5 of the release order dated May 22, 2007, in the above-captioned case.

Accordingly, it is this 29th day of June, 2007, hereby

**ORDERED** that condition *number 5* of the release order dated May 22, 2007, shall be replaced with the following modified condition:

**X 5) You are to stay: X** within the D.C. *Metropolitan* Area.

**Travel 100 miles within Metro area. Notify counsel and Court of any plans to travel outside the D.C. Metropolitan Area because a Court Order shall be required, *EXCEPT for "business travel." Allowed to travel within the United States for business purposes only without permission of the Court, however, the defendant must notify Pretrial Services 24 HOURS BEFORE travel.***

**FURTHER ORDERED** that all other conditions contained in the release order dated May 22, 2007, (copy attached) shall remain the same and in full force.

**COLLEEN KOLLAR-KOTELLY**
United States District Judge

Copies to:    Courtroom Clerk
              Chambers
              Lara Quint, AFPD
              Craig Anderson
              John Griffith, AUSA
              Tammy Everett, Pretrial Services

United States of America

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

Case No. _07-117_

*Craig Anderson*
Defendant's name

Defendant's address

Defendant's phone no.

## YOU ARE RELEASED ON THE FOLLOWING ADDITIONAL CONDITIONS INDICATED BELOW:

**PERSONAL PROMISE** [X] **PERSONAL RECOGNIZANCE.** Your personal recognizance, provided that you promise to appear at all scheduled hearings, trials, or otherwise as required by the Court.

[ ] **UNSECURED APPEARANCE BOND.** Your personal unsecured appearance bond, to be forfeited should you fail to appear as required by the Court.

[ ] **OF** [ ] **CASH BOND.** Upon execution of appearance bond, to be forfeited should you fail to appear as required by the Court, secured by a deposit, such deposit to be returned when the Court determines you have performed the conditions of your release. You will deposit in the registry of the Court_____ %.

[ ] **SURETY BOND.** Upon execution of appearance bond with approved surety.

**FILED**
**MAY 22 2007**
**NANCY MAYER WHITTINGTON, CLERK**
**U.S. DISTRICT COURT**

## YOU ARE HEREBY RELEASED ON THE CONDITIONS INDICATED BELOW:

[ ] **1) SUPERVISORY CUSTODY** You hereby agree to be placed in the custody of _____ who agrees (a), to supervise you in accordance with the conditions below, (b), to use every effort to assure your appearance at all scheduled hearings, trials, or otherwise, and (c), to notify the D.C. Pretrial Services Agency immediately in the event you violate any condition of release or disappear. Agency telephone 442-1000
▶
SIGNATURE OF CUSTODIAN

Custodian's name

Custodian's address

Custodian's phone no

[X] **2) YOU ARE TO REPORT** [X] weekly [ ] in person [X] THE D.C. PRETRIAL SERVICES AGENCY AT 442-1000.
[ ] _____ [X] by phone **TO** [ ] Your attorney, whose name and address is shown below.
other-specify

[X] **3) YOU ARE TO LIVE** [X] at *above address*
address _____ phone no.
[ ] with _____
name and relationship to defendant _____ phone no.
[ ] at _____ being in at night by _____ P.M.
address  phone no  time

[X] **4a) YOU ARE TO WORK** [ ] by obtaining a job within _____ days and reporting it to the D.C. Pretrial Services Agency at 442-1000.
[X] by maintaining your job as *self - employed*
Employer's name and address

[ ] **4b) YOU ARE TO STUDY** [ ] by enrolling in school at _____
name and address
[ ] by maintaining your student status at _____
name and address

[X] **5) YOU ARE TO STAY** [ ] away from the complaining witness. [X] Within the D.C. area. *Metropolitan Area.*
*Travel 100 miles within Metro. Area*

[X] **6) NARCOTICS** *Notify Counsel and Court of any plans to travel outside the Metropolitan Area Because a Court Order shall be required. Report to PSA for evaluation and if*

[X] **7) OTHER CONDITION** *Notify Court within 24 hours of any change of address*  *positive program placement by PSA*

[X] **8) REARREST** Any rearrest on probable cause for any subsequent offense may result in revoking your present bond and setting it at *holding you without Bond*

You are instructed that any violation of a condition of release may result in revocation of release, pretrial detention or contempt. If you willfully fail to appear as required, you will be subject to prosecution and if convicted, the maximum penalties are indicated on the reverse side. Furthermore, your release is subject to the terms and conditions contained on the reverse side which are incorporated in and made a part of this order, which by your signature below you certify you have read and understand.

**NEXT DUE BACK** in Courtroom *28A* at *9:45* AM/PM on *Sept. 6, 2007* **YOUR ATTORNEY** *Lara Quint*
name
or when notified and you must appear at all subsequent continued dates. You must also appear *when directed*
address
*202 208 7500*
phone no.

**DEFENDANT'S SIGNATURE** _____
I understand the penalties which may be imposed on me for willful failure to appear or for violation of any condition of my release and agree to comply with the conditions of my release and to appear as required

**WITNESSED BY** *Dorothy Jones Patterson* (title and agency) *USDC Deputy Clerk*

**IMPORTANT:** YOU ARE TO NOTIFY IMMEDIATELY THE D.C. PRETRIAL SERVICES AGENCY, 500 INDIANA AVE., N.W., FIRST FLOOR, TELEPHONE NUMBER 442-1000, OF ANY CHANGE OF ADDRESS, EMPLOYMENT, OR CHANGE IN STATUS OF ANY RELEASE CONDITIONS.

WHITE—TO COURT PAPERS
BLUE—TO JUDGE
GREEN—TO D.C. PRETRIAL SERVICES AGENCY
CANARY—TO DEFENSE ATTORNEY
PINK—TO U.S. ATTORNEY
GOLDENROD—TO DEFENDANT

Date *May 22, 2007* ▶ _____
Signature of Judge

**SO ORDERED**