UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA : | |
| Plaintiff : | |
| vs. : | CRIMINAL NO. 07-117 |
| : | Judge Colleen Kollar-Kotelly |
| CRAIG L. ANDERSON : | |
| Defendant : | |

**ORDER**

FILED

APR 1 8 2008

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

The probation office shall file its Presentence Report by no later than JUNE 27, 2008.

The Government shall file its Memorandum in Aid of Sentencing by no later than JULY 7, 2008, it is further;

The Defendant shall file its Memorandum in Aid of Sentencing by no later than JULY 14, 2008, it is further;

ORDERED that the defendant shall be sentence Courtroom #28A on the Sixth Floor on JULY 22, 2008 AT 9:00 A.M.

IT IS SO ORDERED,

Date: April 18, 2008

Colleen Kollar-Kotelly
United States District Judge

cc:  Chambers          Pretrial
     Files             John Griffith, AUSA
     Probation         Lara Quint, AFPD