IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| v. ) | Criminal No. 07-117 (CKK) |
| ) | |
| CRAIG ANDERSON, ) | |
| ) | |
| Defendant. ) | |
| _____ ) | |

### DEFENDANT'S MOTION TO TRAVEL

Defendant, Craig Anderson, through undersigned counsel, respectfully moves this Honorable Court to grant him permission to travel outside the Washington, D.C. Metropolitan area. Specifically, Mr. Anderson seeks permission to travel to Charlotte, NC between Thursday, May 22 and Monday, May 26, 2008. Mr. Anderson's request is based on long-standing plans to attend the Coca Cola 600, a NASCAR sporting event. Mr. Anderson will have his mobile telephone with him at all times.

Mr. Anderson has been in perfect compliance with his release conditions since the time of his initial appearance.

Respectfully submitted,

A.J. KRAMER
FEDERAL PUBLIC DEFENDER


_____/s/_____
Lara G. Quint
Assistant Federal Public Defender
625 Indiana Avenue, N.W., Ste 550
Washington, D.C. 20004

THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA,** )<br>  )<br>  **Plaintiff,** )<br>  v. )<br>  )<br>  **CRAIG ANDERSON,** )<br>  )<br>  **Defendant.** )<br> _____ ) | Criminal No. 07-117 (CKK) |

**ORDER**

Upon consideration of Defendant's Motion to Travel, it is by the Court hereby

ORDERED that the Motion is GRANTED and that Mr. Anderson is permitted to travel to Charlotte, NC between May 22nd and May 26th, 2008..

SO ORDERED.

_____                    _____
DATE                                                              COLLEEN KOLLAR-KOTELLY
                                                                          UNITED STATES DISTRICT JUDGE

Copies to:

John Griffith, AUSA
Lara Quint, AFPD