THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| v. ) | Criminal No. 07-117 (CKK) |
| ) | |
| CRAIG ANDERSON, ) | |
| ) | |
| Defendant. ) | |

**FILED**
MAY 22 2008
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

**ORDER**

Upon consideration of Defendant's *Unopposed* Motion to Travel, it is by the Court hereby

ORDERED that the Motion is GRANTED and that Mr. Anderson is permitted to travel to Charlotte, NC between May 22nd and May 26th, 2008..

SO ORDERED.

_5/22/08_
DATE

_Colleen Kollar-Kotelly_
COLLEEN KOLLAR-KOTELLY
UNITED STATES DISTRICT JUDGE

Copies to:

John Griffith, AUSA
Lara Quint, AFPD