## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| **v.** | ) | **Criminal No. 07-117 (CKK)** |
| | ) | |
| **CRAIG ANDERSON,** | ) | |
| | ) | |
| **Defendant.** | ) | |
| _____ | ) | |

## DEFENDANT'S MOTION TO MODIFY CONDITIONS OF PROBATION

Defendant, Craig Anderson, through undersigned counsel, respectfully moves this Honorable Court to modify his conditions of probation in the following respects:

Mr. Anderson requests that he be allowed to travel within a 150-mile radius of Washington, D.C.  While his conditions currently include a requirement to stay within 50 miles of the Washington, D.C. area, Mr. Anderson's work demands that he travel further than that on a regular basis.  In the past, while Mr. Anderson was on pretrial release, this Court granted Mr. Anderson permission to travel outside the 50-mile radius on an *ad hoc* basis.  Mr. Anderson has been in full compliance with all his Court-ordered conditions.

Undersigned counsel has contacted counsel for the government in this case and is still awaiting a response as to his position.

Respectfully submitted,


A.J. KRAMER
FEDERAL PUBLIC DEFENDER

_____/s/_____

Lara G. Quint
Assistant Federal Public Defender
625 Indiana Avenue, N.W., Ste 550
Washington, D.C.  20004

## THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | **)** | |
| | **)** | |
| **Plaintiff,** | **)** | |
| **v.** | **)** | **Criminal No. 07-117 (CKK)** |
| | **)** | |
| **CRAIG ANDERSON,** | **)** | |
| | **)** | |
| **Defendant.** | **)** | |
| _____ | **)** | |

## ORDER

Upon consideration of Defendant's Motion to Modify Conditions of Probation, it is by the Court hereby

ORDERED that the Motion is GRANTED and that Mr. Anderson is permitted to travel within a 150-mile radius of Washington, D.C.

SO ORDERED.


_____                    _____
DATE                                                         COLLEEN KOLLAR-KOTELLY
                                                                  UNITED STATES DISTRICT JUDGE


Copies to:

John Griffith, AUSA
Lara Quint, AFPD